# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ATLANTA
### NEWNAN DIVISION

| | |
|---|---|
| KASON INDUSTRIES, INC. )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>ALLPOINTS FOODSERVICE PARTS )<br>  AND SUPPLIES, LLC, )<br>  d/b/a ALLPOINTS HOLDINGS INC.; )<br>DIVERSIFIED FOODSERVICE )<br>  SUPPLY, LLC; )<br>D.S.I. PARTS, INC.; )<br>FACTORY DIRECT )<br>  WORLDWIDE, LLC, )<br>  d/b/a FDW PARTS; )<br>FRANKLIN MACHINE )<br>  PRODUCTS, INC.; )<br>KKT, INC. d/b/a LOCKWOOD )<br>  MANUFACTURING )<br>  COMPANY; and )<br>TUNDRA RESTAURANT )<br>  SUPPLY, LLC, )<br>)<br>  Defendants. ) | Civil Action No.<br>3:17-cv-26-TCB |

## **CONSENT JUDGMENT AGAINST KKT, INC. d/b/a LOCKWOOD MANUFACTURING COMPANY**

1

Plaintiff Kason Industries, Inc. ("Kason"), through its undersigned counsel, and Defendant KKT, Inc. d/b/a Lockwood Manufacturing Company ("KKT"), through its undersigned counsel, hereby stipulate and agree as follows:

1. On May 5, 2017, Kason filed its Verified Amended Complaint against KKT and other defendants in this action including claims for trademark infringement, counterfeiting, false designation of origin, unfair competition, and related claims regarding United States Trademark Registration Nos. 1,717,452 and 4,906,919 (together the "Kason Marks") (Doc. #8).

2. KKT has not entered a responsive pleading to the Verified Amended Complaint, and, instead, desires to settle this matter with Kason.

3. Kason and KKT have compromised, settled, and resolved Kason's claims and any potential counterclaims that KKT may have brought in this action, and have now entered into a written settlement agreement, attached hereto as Exhibit 1 ("Settlement Agreement"), effective as of July 7, 2017.

3. KKT acknowledges and agrees that its purchase and sale of the Han-Ca latch identified in Kason's Verified Amended Complaint constitute, at minimum, trademark infringement, counterfeiting, false designation of origin, and unfair competition regarding the Kason Marks and in violation of Sections 32 and 43(a) of the Lanham Act (15 U.S.C. §§ 1114, 1125(a)).

4. This Court has subject-matter jurisdiction over this action and personal jurisdiction over Defendant KKT.

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDICATED THAT:**

1. KKT's purchase and sale of the Han-Ca latch constitute, at minimum, trademark infringement, counterfeiting, false designation of origin, and unfair competition in violation of Sections 32 and 43(a) of the Lanham Act (15 U.S.C. §§ 1114, 1125(a)).

2. All claims by Kason against KKT in this action are hereby dismissed, with prejudice.

3. The Court shall retain jurisdiction to enforce the obligations under this Consent Judgment and the terms of the Settlement Agreement.

4. The Consent Judgment is in full, complete, and final adjudication of all the claims and possible counterclaims in this action as between Kason and KKT only.

5. The Court shall reopen this matter as between Kason and KKT, if requested by either Kason or KKT for the purpose of enforcing this Consent Judgment or the Settlement Agreement.

6. Except as provided in the attached Settlement Agreement, Kason and KKT each shall bear its own costs and fees in connection with this action.

ORDERED: July 11, 2017.

*[signature]*
Hon. Timothy C. Batten, Sr.
Judge, United States District Court
Northern District of Georgia

*/s/ Ann Fort*
Ann G. Fort
Daniel J. Warren
Robert R.L. Kohse
Walter Freitag
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309
danielwarren@eversheds-sutherland.com
annfort@eversheds-sutherland.com
robkohse@eversheds-sutherland.com
walterfreitag@eversheds-sutherland.com

*Attorneys for Plaintiff Kason Industries, Inc.*

*/s/ David Utykanski*
David P. Utykanski
Jessica S. Sachs
HARNESS DICKEY & PIERCE P.L.C.
5445 Corporate Drive, Suite 200
Troy, MI 48098
davidu@hdp.com
jsachs@hdp.com

*Attorneys for Defendant KKT, Inc. d/b/a Lockwood Manufacturing Company.*